## DELIA MALONEY
vs.
## CITY OF BRIDGEPORT

Superior Court          Fairfield County          File #44961

Present:   Hon. CARL FOSTER, Judge.

Arthur J. Gerstl,        Attorney for the Plaintiff.

Ogden T. Marsh,       Attorney for the Defendant.

## MEMORANDUM FILED MARCH 25, 1936.

FOSTER, J.  **General Statutes Section 6015** is as follows:

"No action to recover damages for injury to the person, or for an injury to personal property caused by negligence shall be brought but within one year from the date of the injury or negligence complained of."

Our Supreme Court of Errors has recently held:

"We are necessarily led to the conclusion that **Section 6015 of the General Statutes** includes "all actions to recover for personal injuries, whether due to negligence or not."

**Tuohey vs. Martinjak, 119 Conn. 500, 507.**

The demurrer is overruled.